Fill in this information to identify the case:

Debtor name: **Green Door Agro, Inc., a California corporation**
United States Bankruptcy Court for the: **DISTRICT OF COLORADO**
Case number (if known): **18-14333-MER**

■ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| **Spartan Capital Securities, LLC** 45 Broadway 9th Floor New York, NY 10006 | | | | | | $1,000,000.00 |
| **Eric Watson** | | | | | | $41,042.00 |
| **Morgan Lewis** 300 South Grand Avenue 22nd Floor Los Angeles, CA 90071 | | | | | | $25,539.00 |
| **Bold Legal** 1600 Broadway Suite 1550 Denver, CO 80202 | | Legal Services | | | | $22,436.87 |
| **Hydrofarm** 400 Burbank Street Broomfield, CO 80020 | | Products and Services | | | | $15,152.62 |
| **All Seasons Horticultural Products** 17614 Chatsworth Street Granada Hills, CA 91344 | | Products and Services | | | | $11,225.04 |
| **Roxul USA** P.O. Box 392400 Pittsburgh, PA 15251 | | Products and Services | | | | $7,600.00 |
| **California Dept. of Tax and Fee Admin.** 450 North Street Sacramento, CA 95814 | | Sales Tax | | | | $5,557.16 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **Green Door Agro, Inc., a California corporation**  Case number *(if known)* **18-14333-MER**
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Cameo Koch Solstice Garden Supply** 760 Mission George Place Suite B San Diego, CA 92120 | | Products and Services | | | | $3,312.00 |
| **Humboldt Wholesale** 1162 Samoa Blvd. Arcata, CA 95521 | | Products and Services | | | | $2,905.22 |
| **Target Specialty** P.O. Box 14084 Reading, PA 19612 | | Products and Services | | | | $2,026.78 |
| **Central Garden and Pet** File 57541 Los Angeles, CA 90074 | | Products and Services | | | | $1,972.36 |
| **Chase** P.O. Box 659754 San Antonio, TX 78265 | | Amounts owed to Chase Bank for Credit Card Useage | | | | $1,712.27 |
| **Ogblower** 2130 Artesia Blvd. Suite 111 Redondo Beach, CA 90278 | | Products and Services | | | | $1,390.00 |
| **Global Garden LLC** 19819 Hamilton Avenue Torrance, CA 90502 | | Products and Services | | | | $816.00 |
| **Brinks** P.O. Box 619031 Dallas, TX 75261-9031 | | Products and Services | | | | $681.76 |
| **Vonage** Department 3151 P.O. Box 123151 Dallas, TX 75312 | | Products and Services | | | | $638.73 |
| **Isuzu Finance** 2500 Weschester Avenue Suite 312 Purchase, NY 10571 | | Products and Services | | | | $532.10 |
| **Crown Lift Trucks** P.O. Box 641173 Cincinnati, OH 45264-1173 | | Products and Services | | | | $486.71 |

Debtor **Green Door Agro, Inc., a California corporation**  Case number *(if known)* **18-14333-MER**
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Los Angeles CO2 Services**<br>**1478 East 99th Street**<br>**Los Angeles, CA 90002** | | **Products and Services** | | | | $422.50 |